Davor Rukavina, Esq.
Texas Bar No. 24030781
Thomas D. Berghman, Esq.
Texas Bar No. 24082683
Garrick C. Smith, Esq.
Texas Bar No. 24088435
**MUNSCH HARDT KOPF & HARR, P.C.**
500 N. Akard St., Ste. 4000
Dallas, TX 75201
Telephone:  (214) 855-7500
E-mail:  drukavina@munsch.com
tberghman@munsch.com
gsmith@munsch.com

PROPOSED COUNSEL TO THE
OIL AND GAS DEBTORS

Hudson M. Jobe
Texas Bar No. 24041189
**JOBE LAW PLLC**
6060 North Central Expressway, Suite 500
Dallas, TX 75206
(214) 807-0563
hjobe@jobelawpllc.com

PROPOSED COUNSEL TO
O'RYAN RANCHES, LTD.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| SMACKOVER OIL TREATERS, LTD., | § | Case No. 25-90007-mxm11 |
| | § | |
| Debtor. | § | Joint Administration Requested |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that an emergency hearing (the "Hearing") has been scheduled in connection with the *Debtors' Emergency Motion for Joint Administration* [Docket No. 2], filed by the above-captioned Debtor and Debtor-in-Possession, to take place on **February 13, 2025, at 2:30 p.m. (CT)**, before the Honorable Mark X. Mullin, U.S. Bankruptcy Judge. Parties who wish to participate in the hearing may do so virtually via WebEx by using the information provided below:

**For WebEx Video Participation/Attendance:**
Link: https://us-courts.webex.com/meet/mullin

**For WebEx Telephonic Only Participation/Attendance:**
Dial-In: 1.650.479.3207
Meeting ID: 2310-650-8783

**PLEASE TAKE FURTHER NOTICE** that the Court requests that in advance of the hearing, all parties familiarize themselves with the Court's WebEx Hearing Instructions for Judge Mullin available at the following link: https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-mullin-hearing-dates.

**PLEASE TAKE FURTHER NOTICE** that parties may make electronic appearances in advance of the hearing by visiting the following link: https://www.txnb.uscourts.gov/electronic-appearances-4.

RESPECTFULLY SUBMITTED this 11th day of February, 2025.

**MUNSCH HARDT KOPF & HARR, P.C.**

By: */s/ Jonathan S. Petree*
    Davor Rukavina, Esq.
    Texas Bar No. 24030781
    Thomas D. Berghman, Esq.
    Texas Bar No. 24082683
    Garrick C. Smith, Esq.
    Texas Bar No. 24088435
    500 N. Akard St., Ste. 4000
    Dallas, TX 75201
    Telephone: (214) 855-7500
    E-mail: drukavina@munsch.com
    E-mail: tberghman@munsch.com
    E-mail: gsmith@munsch.com

**PROPOSED COUNSEL TO THE OIL AND GAS DEBTORS**

- and -

**JOBE LAW PLLC**

By: */s/ Hudson M. Jobe*
    Hudson M. Jobe
    Texas Bar No. 24041189
    6060 North Central Expressway, Suite 500
    Dallas, TX 75206
    (214) 807-0563
    hjobe@jobelawpllc.com

**PROPOSED COUNSEL TO O'RYAN RANCHES, LTD.**

## CERTIFICATE OF SERVICE

I hereby certify that, on February 11, 2025, I caused true and correct copies of the forgoing document to be electronically served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

By: */s/ Jonathan S. Petree*
    Jonathan S. Petree