**Fill in this information to identify the case:**

Debtor name: Smackover Oil Treaters, Ltd.

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  February 13, 2025         X /s/ Ryan C. Hoerauf
                                          Signature of individual signing on behalf of debtor

                                          Ryan C. Hoerauf
                                          Printed name

                                          _____
                                          Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name: Scanrock Oil & Gas, Inc., *et al.*

United States Bankruptcy Court for the: Northern District of Texas (State)

Case number (If known): 25-90001-mxm11

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim[1] If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | HALLIBURTON ENERGY SERVICES, INC.<br>PO BOX 301341<br>DALLAS, TX 75303-1341 | P:<br>F: | | | | | $1,407,905.00 |
| 2 | THE GENECOV GROUP, INC.<br>1350 DOMINION PLAZA<br>TYLER, TX 75703 | P:<br>F: | | | | | $693,795.66 |
| 3 | BIG E DRILLING COMPANY<br>4710 BELLAIRE BLVD, STE 350<br>BELLAIRE, TX 77401 | P:<br>F: | | | | | $540,000.00 |
| 4 | CONDOR OIL & GAS, INC.<br>3 MOON CHASE<br>ODESSA, TX 79765 | P:<br>F: | | | | | $535,953.19 |
| 5 | SOUTHWEST TEXAS ELECTRIC<br>DEPT. 1340<br>PO BOX 2153<br>BIRMINGHAM, AL 35287 | P:<br>F: | | | | | $280,689.44 |
| 6 | WILEY ROOSTH FAMILY PARTNERSHIP LTD.<br>P.O. BOX 8300<br>TYLER, TX 75711 | P:<br>F: | | | | | $224,841.00 |
| 7 | S2DST OGM, LTD.<br>774 YORKSHIRE RD NE<br>ATLANTA, GA 30306 | P:<br>F: | | | | | $219,224.00 |

---

[1] The information contained herein is provided for noticing purposes only. Nothing contained herein is intended as or shall be construed or deemed to be: (a) an admission as to the amount of, basis for, priority, or validity of any claim against the Debtors under the Bankruptcy Code or other applicable nonbankruptcy law; (b) a waiver of the Debtors' or any other party in interest's rights to dispute any claim on any grounds; (c) a promise or requirement to pay any particular claim; or (d) a waiver or limitation of any claims, causes of action, or other rights of the Debtors or any other party in interest against any person or entity under the Bankruptcy Code or any other applicable law.

Debtor: Scanrock Oil & Gas, Inc., *et al.*

Case number (if known): 25-90001-mxm11

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 8 | GIBSON & SHEEN, PLLC<br>13914 INDIANA AVE, STE 100<br>LUBBOCK, TX 79423 | P:<br>F: | | | | | $207,319.60 |
| 9 | LEGEND ENERGY SERVICES, LLC<br>5801 N BROADWAY EXT STE 210<br>OKLAHOMA CITY, OK 73118-7491 | P:<br>F: | | | | | $191,961.47 |
| 10 | IPFS CORPORATION<br>PO BOX 730223<br>DALLAS, TX 75373 | P:<br>F: | | | | | $191,736.82 |
| 11 | KAUFMAN COUNTY TAX OFFICE<br>KAUFMAN CO. COURTHOUSE ANNEX<br>PO BOX 339<br>KAUFMAN, TX 75142 | P:<br>F: | | | | | $189,095.11 |
| 12 | JAMES C. MCCORD<br>PO BOX 21<br>TERRELL, TX 75160 | P:<br>F: | | | | | $186,329.00 |
| 13 | RED ENERGY SERVICES, LP<br>PO BOX 143<br>MONAHANS, TX 79756 | P:<br>F: | | | | | $183,061.03 |
| 14 | PRO-PAK SYSTEMS LTD.<br>440 EAST LAKE RD<br>AIRDRIE, ALBERTA, CAN T4A | P:<br>F: | | | | | $166,061.76 |
| 15 | TEXAS A&M UNIVERSITY SYSTEM<br>301 TARROW STREET<br>6TH FLOOR<br>COLLEGE STATION, TX 77840 | P:<br>F: | | | | | $162,364.66 |
| 16 | CONDOR PIPELINE<br>216 SE LOOP 338<br>ODESSA, TX 79762 | P:<br>F: | | | | | $151,423.27 |
| 17 | BITE MY PIPE, LLC<br>PO BOX 9933<br>MIDLAND, TX 79708 | P:<br>F: | | | | | $141,922.44 |
| 18 | PRODUCTION SERVICES INC.<br>PO BOX 1885<br>MAGNOLIA, AR 71754-1885 | P:<br>F: | | | | | $132,938.94 |

Debtor: Scanrock Oil & Gas, Inc., *et al.*

Case number (if known): 25-90001-mxm11

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 19 | F & D KELLER FAMILY PARTNERSHIP LTD. 2103 SOUTH COUNTY ROAD 1130 MIDLAND, TX 79706-4870 | P: F: | | | | | $128,618.11 |
| 20 | IMOGENE BEETS 723 NORTH AVENUE B FREEPORT, TX 77541 | P: F: | | | | | $125,294.65 |
| 21 | FALCON ENERGY SERVICES 6833 82ND STREET, SUITE 101 LUBBOCK, TX 79424 | P: F: | | | | | $119,697.04 |
| 22 | TARRANT REGIONAL WATER DISTRICT 800 EAST NORTH SIDE DR FORT WORTH, TX 76102 | P: F: | | | | | $117,226.74 |
| 23 | CONQUEST DRILLING FLUIDS 9200 LEONIDAS HORTON RD CONROE, TX 77304 | P: F: | | | | | $115,858.44 |
| 24 | ROBERT K. RAMSEY PO BOX 816 TERRELL, TX 75160 | P: F: | | | | | $115,392.80 |
| 25 | ECTOR COUNTY APPRAISAL DISTRICT 1301 E 8TH ODESSA, TX 79761 | P: F: | | | | | $108,018.79 |
| 26 | SALLY SIMMONS REID 12 SWALLOW DR COLORADO SPRINGS, CO 80904 | P: F: | | | | | $103,570.56 |
| 27 | HAL F. SIMMONS PO BOX 81 GRANBY, CO 80446 | P: F: | | | | | $103,570.43 |
| 28 | DGM SUPPLY, INC. PO BOX 9933 MIDLAND, TX 79708 | P: F: | | | | | $101,900.82 |
| 29 | NRG BUSINESS PO BOX 1532 HOUSTON, TX 77251-1532 | P: F: | | | | | $100,121.27 |

4862-5960-6997.v.1

Debtor: Scanrock Oil & Gas, Inc., *et al.*     Case number (if known): 25-90001-mxm11

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 30 | **PURE FLOW TECH INC.** PO BOX 88 BAY CITY, TX 77404-0088 | P: F: | | | | | $94,007.90 |